Conner, J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MARK SMITH,

                Plaintiff,

   -against-

JOHN BARBUTO,

                Defendant.

----------------------------------------------------------x

07 Civ. 10420 (WCC)
ECF CASE
CONSENT TO
CHANGE ATTORNEY AND ORDER

    IT IS HEREBY CONSENTED THAT

        JAROSLAWICZ & JAROS, ESQS.

        225 BROADWAY, 24TH FLOOR

        NEW YORK, NEW YORK 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

be substituted as attorneys of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: January _____, 2008

X_____
                Mark Smith

GREENBERG & MASSARELLI, LLP

By: _____

JAROSLAWICZ & JAROS, LLC

By: _____
        Abraham Jaros

STATE OF Florida  )
COUNTY OF Miami  )

On January 18, 2008, personally came Mark Smith to me known, and known to me to be the same person(s) described in and who executed the foregoing consent and acknowledged to me that he executed the same.

DINA LOPEZ
Notary Public - State of Florida
My Commission Expires Nov 1, 2010
Commission # DD 610993
Bonded Through National Notary Assn.

_____
Notary Public

SO ORDERED.
Dated: White Plains, NY
       Feb. 27, 2008

William C. Conner
WILLIAM C. CONNER, Senior
U.S.D.J.

COPIES MAILED TO NEW COUNSEL OF RECORD
AND EMAILED TO ALL OTHER COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARK SMITH,   07 Civ. 10420 (WCC) (LMS)

                Plaintiff,   **AFFIDAVIT**

    -against-

JOHN BARBUTO,

                Defendant.

------------------------------------------------------------------x

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      **DAVID JAROSLAWICZ**, being duly sworn, deposes and says:

      I am a member of the firm of Jaroslawicz & Jaros, LLC, attorneys for the plaintiff, and am making this affidavit in compliance with Local Rule 1.4.

      Our firm has been substituted as counsel for the plaintiff with the consent of the plaintiff and plaintiff's former attorney, William Gary Greenberg, Esq., as indicated in the attached consent to change attorney form.

      This action was filed on November 19, 2007, and the answer of the defendant was filed on February 6, 2008. The case is presently calendared for an initial conference before Judge Conner on March 7, 2008.

                                                              David Jaroslawicz

Sworn to before me this
February 26, 2008

_____
      Notary Public