UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ORIGINAL*

------------------------------------------------------------X

MARK SMITH,

                      Plaintiff,

          - against -

JOHN BARBUTO,

                   Defendant.

------------------------------------------------------------X

**ECF CASE**

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10420 (WCC)(LMS)

     The above entitled action is **referred to Magistrate Judge Lisa Margaret Smith** for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

     _____

     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ **For jury selection on OCT. 20, 2008 ** at 9:30 AM. VOIR DIRE MUST BE SUBMITTED TO JUDGE SMITH BY OCT. 14, 2008.**

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

     _____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

     _____

All such motions:_____

**\*\* Trial (minimum 1 week) before Judge Conner scheduled to commence on October 27, 2008.**

\* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
            July 29, 2008

**SO ORDERED**.

*WILLIAM C. CONNER*

_____
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____